No. 72–1690. SPENCE v. WASHINGTON. Appeal from Sup. Ct. Wash. [Probable jurisdiction noted, 414 U. S.

815.] Motion of appellant for leave to file supplemental brief, after argument, granted.